UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:05-cr-123 |
| | ) | Judge Phillips |
| DARREN RAYNARD MCDUFFEY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon motion of the United States and pursuant to the parties' agreement, it is hereby

ORDERED that the Defendant's bond is revoked, and it is further

ORDERED that the Defendant shall report forthwith to the United States Marshal Service.

Enter:

_____
Thomas W. Phillips
United States District Judge