UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:05-cr-123 |
| | ) | Judge Phillips |
| DARREN RAYNARD MCDUFFEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TO UNSEAL

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that all plea related documents in this case be unsealed.

ENTER:

*Thomas H. Phillips*
Thomas W. Phillips
United States District Judge

Submitted for entry:

James R. Dedrick
Acting United States Attorney

By: _____
Steven H. Cook
Assistant United States Attorney